Approved. Case closed.

*s/ Jack Zouhary*
U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| STEVE HURST, Individually and on behalf of all others similarly situated, | |
| *Plaintiff,* | **Civil Action No.** 3:25-cv-00800-JZ |
| vs. | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL** |
| FORD MOTOR COMPANY | |
| *Defendant.* | |

    COMES NOW, Steve Hurst, ("Plaintiff"), by and through counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and hereby notifies the Court of the voluntary dismissal of his claims against Defendant Ford Motor Company ("Defendant") in Case Number 3:25-cv-00800-JZ, without prejudice, with each party to bear their own fees and costs. Defendant has not served either an answer or a motion for summary judgment. Dismissal is therefore appropriate.

Dated: June 10, 2025

                                                          Respectfully Submitted,

                                                          */s/ André R. Bélanger*
                                                          (*Pro Hac Vice*)
                                                          **POULIN | WILLEY**
                                                          **ANASTOPOULO, LLC**
                                                          32 Ann Street
                                                          Charleston, SC 29403
                                                          Tel: 803-222-2222
                                                          Fax: 843-494-5536
                                                          Email: andre.belanger@poulinwilley.com
                                                                     cmad@poulinwilley.com

                                                          ***Attorneys for the Plaintiff and Class***